# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HUGH BRUCE DULING, IV, as surviving child of Hugh Bruce Duling, III, deceased, et al. § § § § | |
| Plaintiffs, § | CIVIL ACTION |
| § | |
| v. § | FILE NO. 1:13-cv-01570-LMM |
| § | |
| DOMINO'S PIZZA, LLC and ACE AMERICAN INSURANCE COMPANY, § § § § | |
| Defendants. § | |

## DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs, by and through their attorney of record and pursuant to this Court's Order of June 17, 2015, and hereby dismisses this action with prejudice.

This 14th day of August, 2015.

**CASH, KRUGLER & FREDERICKS, LLC**
/s/ David N. Krugler
David N. Krugler
Georgia Bar Number 429929
5447 Roswell Road, N.E.
Atlanta, Georgia 30342
(404) 659-1710
(404) 264-1149 fax
dkrugler@ckandf.com
**Counsel for Plaintiffs**

## CERTIFICATE OF COMPLIANCE WITH
## N.D. GA LOCAL RULE 5.1C

This is to certify that this Pleading was created using Times New Roman 14 point font in accordance with Northern District of Georgia, Local Rule 5.1C.

This 14th day of August, 2015.

**CASH, KRUGLER & FREDERICKS, LLC**
/s/ David N. Krugler
David N. Krugler
Georgia Bar Number 429929
5447 Roswell Road, N.E.
Atlanta, Georgia 30342
(404) 659-1710
(404) 264-1149 fax
dkrugler@ckandf.com
**Counsel for Plaintiffs**

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HUGH BRUCE DULING, IV, as surviving child of Hugh Bruce Duling, III, deceased; LACIE DULING, as surviving child of Hugh Bruce Duling, III, deceased,; and WILLIAM MARSHALL DULING, as Administrator of the Estate of Hugh Bruce Duling, III, deceased, § § § § § § § § § | CIVIL ACTION  FILE NO. 1:13-cv-01570-LMM |
| Plaintiffs, § | |
| v. § | |
| DOMINO'S PIZZA, LLC and ACE AMERICAN INSURANCE COMPANY, § § § | |
| Defendants. § | |

## CERTIFICATE OF SERVICE

This is to certify that the within and foregoing **DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of Court using the CM/ECF system, which will transmit Notices of Electronic Filing generated by CM/ECF to counsel and parties who are authorized to receive electronically Notices of Filing.

3

This 14th day of August, 2015.

**CASH, KRUGLER & FREDERICKS, LLC**
/s/ David N. Krugler
David N. Krugler
Georgia Bar Number 429929
5447 Roswell Road, N.E.
Atlanta, Georgia 30342
(404) 659-1710
(404) 264-1149 fax
dkrugler@ckandf.com
**Counsel for Plaintiffs**
